# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141674(32)

WELLS FARGO BANK, N.A.,
      Plaintiff-Appellee,

v

                                  SC: 141674
                                  COA: 296792
BRIAN COOPER and LISA K. COOPER,      Jackson CC: 09-002234-AV
      Defendants-Appellants.
_____/

      On order of the Court, the motion for reconsideration of this Court's February 7, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011 _____

_____
Clerk

d0620